**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

KAREN R. ROSBY                                                                                    PLAINTIFF

v.                                        No. 4:08CV04108 JLH

UNUM LIFE INSURANCE COMPANY
OF AMERICA                                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the decision of Unum Life

Insurance Company of America to terminate the long term disability benefits of Karen R. Rosby is

affirmed.  The claims of Karen R. Rosby are hereby dismissed with prejudice.

IT IS SO ORDERED this 7th day of October, 2009.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE